# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fenimore, Brian T. | U.S. Bankruptcy Court, Western District of Missouri | 02/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 to 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▉ Trust #1 |
| 2. Co-Manager & Member | BSF Farms, LLC |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | DataSystem Solutions, Inc., salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kansas LearningQuest 529 Account (H) | | | | | | | | | |
| 2. - American Century Short-Term Portfolio | | None | J | T | | | | | |
| 3. - American Century Cash & Cash Equivalents Portfolio fka Money Market | | None | J | T | | | | | |
| 4. Bank of America Cash Accounts (Trust #1) | A | Interest | L | T | | | | | |
| 5. Oppenheimer Brokerage Account (H) | | | | | | | | | |
| 6. - Apple, Inc. stock | A | Dividend | J | T | | | | | |
| 7. - Facebook, Inc. stock | | None | J | T | | | | | |
| 8. - Snap, Inc. stock | | None | J | T | | | | | |
| 9. - Under Armour, Inc. stock | | None | J | T | | | | | |
| 10. 401K Plan #2 (H) | | | | | | | | | |
| 11. - Principal Bond Market Index Separate Account | | None | K | T | Buy (add'l) | 01/08/20 | J | | |
| 12. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 13. | | | | | Sold (part) | 03/10/20 | J | | |
| 14. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 15. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 16. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 17. | | | | | Buy (add'l) | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 25.   - Principal Core Plus Bond Separate Account | None | | K | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 27. | | | | | Sold<br>(part) | 03/10/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 36. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 37. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 38. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 39. - Principal LargeCap S&P 500 Index Separate Account | None | | M | T | Buy (add'l) | 01/08/20 | J | | |
| 40. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 41. | | | | | Sold (part) | 03/10/20 | J | | |
| 42. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 43. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 44. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 45. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 46. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 47. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 48. | | | | | Buy (add'l) | 09/02/20 | M | | |
| 49. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 50. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 51. | | | | | Buy (add'l) | 11/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 53.   - Principal MidCap S&P 400 Index Separate Account | None | | K | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 62. | | | | | Sold<br>(part) | 09/02/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 67.   - Principal SmallCap S&P 600 Index Separate Account | None | | K | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 76. | | | | | Sold<br>(part) | 09/02/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 81.    - Dimensional Fund Advisors Emerging Markets Small Cap I Fund | A | Dividend | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 90. | | | | | Sold | 09/02/20 | K | | |
| 91. - Principal Diversified International Separate Account | | None | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 100. | | | | | Sold | 09/02/20 | L | | |
| 101. - Principal International Emerging Markets Separate Account | | None | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 03/10/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 110. | | | | | Sold | 09/02/20 | L | | |
| 111. - Principal International SmallCap Separate Account | None | | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Fenimore, Brian T.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 09/02/20 | J | | |
| 121.  - Principal Real Estate Securities Separate Account | | None | K | T | Buy (add'l) | 01/08/20 | J | | |
| 122. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 123. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 124. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 125. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 126. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 127. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 128. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 129. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 130. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 131. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 132. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 133. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 134. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 135. Northwestern Mutual Insurance Whole Life Policies | C | Dividend | M | T | | | | | |
| 136. Northwestern Mutual Insurance Variable CompLife Policy (Paid Up) (H) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 19

**Name of Person Reporting**

**Fenimore, Brian T.**

**Date of Report**

02/16/2021

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. DataSystem Solutions, Inc. stock | | None | N | T | | | | | |
| 138. BSF Farms, LLC (50% owner) (H) | | | | | | | | | |
| 139. -Farmland in Harrison County, Missouri | D | Rent | O | Q | | | | | |
| 140. -BTC Bank Cash Account | | None | K | T | | | | | |
| 141. IRA #1 (H) | | | | | | | | | |
| 142. -Fidelity Government Cash Reserves (FDRXX) | A | Dividend | K | T | | | | | |
| 143. -iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | | | | | |
| 144. -iShares Core S&P Small-Cap ETF (IJR) | A | Dividend | L | T | | | | | |
| 145. -iShares Edge MSCI Min Vol EAFE ETF (EFAV) | B | Dividend | M | T | | | | | |
| 146. -iShares Edge MSCI Min Vol Emerging Markets ETF (EEMV) | B | Dividend | L | T | | | | | |
| 147. -iShares Edge MSCI Min Vol USA ETF (USMV) | C | Dividend | M | T | Buy (add'l) | 03/25/20 | J | | |
| 148. -iShares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | M | T | | | | | |
| 149. -iShares Edge MSCI USA Value Factor ETF (VLUE) | B | Dividend | L | T | Buy (add'l) | 03/25/20 | J | | |
| 150. -iShares Core U.S. Aggregate Bond ETF (AGG) | B | Dividend | L | T | | | | | |
| 151. -iShares Intl Aggregate Bond (IAGG) | B | Dividend | L | T | | | | | |
| 152. -iShares Tr Edge US Fixd INM (FIBR) | B | Dividend | | | Sold | 11/09/20 | M | | |
| 153. -iShares Tr US Treas BD ETF (GOVT) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -iShares Tr ISHS 5-10Yr INVT (IGIB) | A | Dividend | M | T | Buy | 11/09/20 | M | | |
| 155.  IRA #2 (H) | | | | | | | | | |
| 156.  -Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 165. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 167. | | | | | Sold<br>(part) | 04/17/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 172. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 173. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 174. | | | | | Sold (part) | 07/01/20 | J | | |
| 175. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 176. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 177. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 178. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 179. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 180. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 181. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 182. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 183. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 184. | | | | | Sold (part) | 10/01/20 | J | | |
| 185. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 186. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 187. | | | | | Buy (add'l) | 11/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 189. | | | | | Sold<br>(part) | 12/01/20 | J | | |
| 190. | | | | | Sold<br>(part) | 12/02/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 195. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 197.  -Schwab Value Advantage Money Fund (SWVXX) | A | Dividend | K | T | Sold<br>(part) | 01/14/20 | L | | |
| 198. | | | | | Sold<br>(part) | 04/15/20 | J | | |
| 199. | | | | | Sold<br>(part) | 09/02/20 | K | | |
| 200. | | | | | Sold<br>(part) | 11/30/20 | J | | |
| 201.  -iShares Core MSCI Emerging ETF (IEMG) | A | Dividend | K | T | | | | | |
| 202.  -Schwab US Dividend Equity ETF (SCHD) | B | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 203. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 204.  -Schwab US Large Cap Growth ETF (SCHG) | A | Dividend | L | T | Buy<br>(add'l) | 01/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -Schwab US Small Cap ETF (SCHA) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 206.  -SPDR S&P Emerging Asia Pacific ETF (GMF) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 207.  -SPDR Wells Fargo Preferred Stock ETF (PSK) | A | Dividend | J | T | Buy<br>(add'l) | 09/02/20 | J | | |
| 208.  -Vanguard Dividend Appreciation ETF (VIG) | B | Dividend | L | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 209.  -Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 210.  -Vanguard GLBAL EX US Real Estate ETF IV (VNQI) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 211.  -Vanguard Real Estate ETF (VNQ) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 212.  -Wisdomtree Intl SmallCP Dividend ETF (DLS) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 214. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 215.  -Baird Core Plus BD Inst (BCOIX) | B | Dividend | K | T | | | | | |
| 216.  -JPMorgan INCM I (JMSIX) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 217. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 218.  -PIMCO INCM INST CL (PIMIX) | B | Dividend | K | T | | | | | |
| 219.  -USAA Income Fund Inst (UIINX) | C | Dividend | L | T | | | | | |
| 220.  -Vanguard Emrg Mkts Bond (VEGBX) | B | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 221.  -Vanguard High Yield Corp Fund Admiral Share (VWEAX) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Matthews Asia Dividend Fund Instl (MIPIX) | A | Dividend | K | T | Buy (add'l) | 01/14/20 | J | | |
| 223.  -Vanguard Intl Growth Fd Admiral Share (VWILX) | A | Dividend | K | T | | | | | |
| 224.  -Invesco QQQ Trust (QQQ) | A | Dividend | K | T | Buy | 04/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 02/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 11-134:  The only fund account reporting dividend and/or capital gain income in the reports we receive for these assets is on line 81.

Part VII, line 136:  As reflected in 2019 Annual Report, on August 8, 2019, filer converted the variable life policy to a paid up life plan with cash value but no underlying investment funds to report.

Part VII, line 137:  The stock reported on line 137 is owned by Filer's Spouse.  The only income from this company is the salary reported in Part III.B.

Part VII, lines 138-140:  Filer has a 50% membership interest in the LLC reported on lines 138-140.  The value of the farmland reported on line 139 is based on an independent appraisal dated October 6, 2017, with a valuation date as of May 5, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian T. Fenimore**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544